FILED
AUG - 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:19CR634 SNLJ/DDN |
| OJAY SMITH, | ) ) ) |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Bank Fraud)

A. **Financial Institutions**

1. At all times relevant to the indictment, U.S. Bank was a federally insured financial institutions with assets insured by the Federal Deposit Insurance Corporation.

B. **The Scheme to Defraud**

2. Between on or about April 1, 2018 and continuing to on or about September 30, 2018, within the Eastern District of Missouri and elsewhere, the defendant,

**OJAY SMITH,**

devised a scheme and artifice to obtain moneys, funds, and assets owned by and under the custody and control of federally insured financial institutions by means of false and fraudulent pretenses and representations.

1

3. The scheme and artifice to defraud was in substance as follows:

　　a. It was part of the scheme and artifice to defraud that an individual unknown to the Grand Jury obtained the account number issued by U.S. Bank to S.L. and T. L. S.L. and T.L. were residents of St. Louis County, Missouri, and were over the age of 70, at the time their checking account number was obtained without their authorization.

　　b. It was further part of the scheme and artifice to defraud that defendant informed various individuals that he could make payments to their creditors in the total amount due if they provided him with their account information and paid him a fraction of the total amount due.

　　c. It was further part of the scheme and artifice to defraud that the defendant used the account number issued to S.L. and T.L. to electronically transfer funds from their U.S. Bank account to the various creditors.

　　d. It was further part of the scheme and artifice to defraud that, after the funds were transferred to their creditors, the individuals paid the defendant a fraction of the amount he transferred from S.L. and T.L.'s financial account.

4. On or about August 22, 2018, in the Eastern District of Missouri, the defendant,

**OJAY SMITH,**

executed and attempted to execute the scheme and artifice as set forth above, in that **OJAY SMITH** electronically transferred $2,150.00 from the financial account of S.L. and T.L. to the financial account of Paddock Village Apartment Complex on behalf of L.T. through the website, rentpayment.com.

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 2
(Bank Fraud)

The allegations contained in paragraphs 2 and 3 of this Indictment are re-alleged and incorporated by reference as if fully set out herein.

C. **The Financial Transactions**

5. On or about September 14, 2018, in the Eastern District of Missouri, the defendant,

**OJAY SMITH,**

executed and attempted to execute the scheme and artifice as set forth above, in that **OJAY SMITH** electronically transferred $1,150.00 from the financial account of S.L. and T.L. to the financial account of B.L. as a housing rental payment on behalf of C.S.

In violation of Title 18, United States Code, Sections 1344 and 2.

3

## COUNT 3
(Wire Fraud)

The allegations contained in paragraphs 2 and 3 of this Indictment are re-alleged and incorporated by reference as if fully set out herein.

C.  **The Wire Transmission**

    5. On or about August 15, 2018, in the Eastern District of Missouri, the defendant,

**OJAY SMITH,**

for the purpose of executing the above-described scheme to defraud, along with persons known and unknown to the Grand Jury, did knowingly cause to be transmitted, by means of wire communication in and affecting interstate commerce, certain writings, signs, signals, pictures, and sounds, to include the electronic transmission of funds from U.S. Bank to Charter Communications as payment on an account opened in the name of Q.W.

    In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 4
(Wire Fraud)

The allegations contained in paragraphs 2 and 3 of this Indictment are re-alleged and incorporated by reference as if fully set out herein.

4

C. **The Wire Transmission**

5. On or about September 10, 2018, in the Eastern District of Missouri, the defendant,

**OJAY SMITH,**

for the purpose of executing the above-described scheme to defraud, along with persons known and unknown to the Grand Jury, did knowingly cause to be transmitted, by means of wire communication in and affecting interstate commerce, certain writings, signs, signals, pictures, and sounds, to include the electronic transmission of funds from U.S. Bank to Ameren as payment of an electric utility bill of L.T.

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 5
(Access Device Fraud)

Between on or about April 13, 2018 and continuing to on or about September 17, 2018, within the Eastern District of Missouri, the defendant,

**OJAY SMITH,**

in a matter affecting interstate commerce, did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: the account number of S.L. and T.L., to pay the expenses of various individuals with an aggregate value exceeding $1,000.00.

In violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 2.

## COUNT 6
(Aggravated Identity Theft)

Between on or about April 13, 2018 and on or about September 12, 2018, in the Eastern District of Missouri, the defendant,

**OJAY SMITH,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the account number of S.L. and T.L., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; wire fraud, Title 18, United States Code, Section 1343; and, access device fraud, Title 18, United States Code, Section 1029(a)(2).

In violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney

6